PETER P. ARTASERSE, TRUSTEE IN BANKRUPTCY OF PETER DOELGER BREWING CORPORATION. PROSECUTOR-APPELLANT, v. THE DIVISION OF TAX APPEALS IN THE DEPARTMENT OF TAXATION AND FINANCE, ETC., ET AL., DEFENDANTS-RESPONDENTS.

Argued November 15, 1948—Decided November 29, 1948.

*Mr. Mendon Morrill* argued the cause for the prosecutor-appellant (*Messrs. Cole, Morrill & Nadell,* attorneys).

*Mr. William K. Miller* argued the cause for the defendants-respondents (*Mr. Walter D. Van Riper,* Attorney-General).

Per Curiam. The judgment will be affirmed for the reasons expressed in the opinion of Mr. Justice Eastwood in the court below.

*For affirmance* Chief Justice Vanderbilt and Justices Case, Heher, Oliphant, and Ackerson—5.

*For reversal:* Justices Wachenfeld and Burling—2.